

FILED
May 7, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

03-15-00286-CV

NO. <u>19157</u>

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE DISTRICT COURT |
| | § | |
| C.T., C.T., J.T., J.T. AND K.T. | § | 27TH JUDICIAL DISTRICT |
| | § | |
| CHILDREN | § | LAMPASAS COUNTY, TEXAS |

## NOTICE OF APPEAL

This Notice of Appeal is filed by JESSE TOWER, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on April 28, 2015.

3. JESSE TOWER desires to appeal from all portions of the judgment.

4. This appeal is being taken to the ___3RD___ Court of Appeals.

5. This notice is being filed by JESSE TOWER.

FILED
___a.m.___p.m. o'clock

MAY 7 2015

TERRI COX,
District Court, Lampasas County, TX
By_____ Deputy

Respectfully submitted,

WILLIAM E PRICE
408 S. Liveoak
P.O. Box 914
Lampasas, TX 76550
Tel: (512) 556-4777
Fax: (512) 556-4779

By:_____
WILLIAM E. PRICE
State Bar No. 16315960
7bprice7@gmail.com
Attorney for JESSE TOWER

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party: THE DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

Lead attorney: CARRIE C. WARD

Address of service: _Lampasas County Attorney's Office_

Method of service: by fax

Date of service: _5-7-_____, 2015

WILLIAM E. PRICE
Attorney for Respondent

Cause Number ___19157___

IN THE INTEREST OF THE TOWER    **    In the 27th Judicial

CHILDREN , CT,CT,JT,JT,AND KT

x̶V̶S̶x                     **    District Court of

_____    **    Lampasas County, Texas

## NOTICE OF APPEAL

On this, the __7th__ day of __MAY_____, 20 _15_, the Plaintiff/
Respondent in the above styled and numbered cause:

WRITTEN NOTICE, by ~~Plaintiff~~/Respondent of Attorney BILL PRICE
    408 South Liveoak P.O.Box 914 Lampasas,Texas 76550
       Hereby excepts to the judgment of the Court in said cause and gives Notice
of Appeal to the Third Court of Appeals.

                          BILL PRICE
                          Attorney for Plaintiff

                          AND

                          Carrie Ward Atty for State
                          Attorney for Respondent

Following:
Date of Judgment of Other Appealed from ___4-28-2015_____
Name of Trail Court Judge ___John Gauntt_____
Name of Court Reporter __Gayla May P.O.Box 747 Belton ,Texas 76513__
Name and Address of Attorney on Appeal _Bill Price P.O.Box 914 Lampasas,_
    Texas 76550
Name and Address of Defense Attorney on Appeal __Carrie Ward State Attorney_
    P.O.Box 1300 Lampasas,Texas 76550

Terri Cox
District Clerk
PO Box 327
Lampasas, Texas 76550

RECEIVED
MAY 1 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE



**TERRI COX**
**DISTRICT CLERK**
P.O. BOX 327
LAMPASAS, TEXAS 76550



02 1P
0003182798    MAY 07 2015
MAILED FROM ZIP CODE 76550

THIRD COURT APPEALS (civil)
P.O.BOX 12547
AUSTIN,TEXAS 78711

78711‡2547 B007